Frederick R. Thaler (7002)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Facsimile: (801) 532-7543
rthaler@rqn.com

*Attorneys for Defendant Brigham Young University*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SAMUEL JACOB GOUCHENOUR, JR., an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRIGHAM YOUNG UNIVERSITY, a Utah non-profit corporation; and DOES 1-15,<br><br>　　　　Defendants. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Civil No. 2:19-CV-00947-TS<br><br>Judge Ted Stewart |

The parties hereby jointly stipulate and agree that the above-referenced matter, including all claims against all parties, shall be dismissed with prejudice, and on the merits, each side to bear its own costs and attorney fees.

8

DATED this 30 day of March, 2020.

HEIDEMAN & ASSOCIATES

/s/ Justin D. Heideman
Justin D. Heideman
(signed with permission from Justin Heideman)
Donald S. Reay

*Attorneys for Plaintiff*

DATED this 30 day of March, 2020.

RAY QUINNEY & NEBEKER P.C.

/s/ Rick Thaler
Frederick R. Thaler

*Attorneys for Defendant*